UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHARAD R. UNNI,<br><br>Plaintiff,<br><br>v.<br><br>JAGUAR LAND ROVER NORTH AMERICA, LLC,<br><br>Defendant. | No.  2:25-cv-01171-DAD-JDP<br><br>ORDER ENTERING JUDGMENT AGAINST DEFENDANT PURSUANT TO NOTICE OF ACCEPTED RULE 68 OFFER<br><br>(Doc. Nos. 7, 14) |

On September 8, 2025, plaintiff filed a notice of acceptance of defendant's Federal Rule of Civil Procedure 68 offer of judgment.  (Doc. No. 14.)  Therein, plaintiff requests that judgment be entered in his favor in the amount of $115,000.00 pursuant to the terms of the accepted Rule 68 offer.  (*Id.* at 3.)

Under Federal Rule of Civil Procedure 68(a), a defendant may serve an offer to allow judgment on specified terms to the opposing party at least two weeks before trial.  Fed. R. Civ. P. 68(a).  Any acceptance by the opposing party of the offer must be made through written notice. *Id.*  Thereafter, "either party may then file the offer and notice of acceptance, plus proof of service." *Id.*

Here, defendant Jaguar Land Rover North America, LLC served plaintiff with a Rule 68 offer of judgment in the amount of $115,000.00, inclusive of any reasonable attorneys' fees and

1

costs.  (Doc. No. 14 at 3–4.)  Plaintiff accepted the offer in writing on September 8, 2025.  (*Id.* at 5.)  The parties stipulated that defendant will perform its obligations under its Rule 68 offer "within 60 days of acceptance[.]"  (*Id.* at 4.)

Accordingly,

1. The Clerk of the Court is directed to enter judgment in favor of plaintiff and against defendant Jaguar Land Rover North America LLC in the amount of $115,000.00 (Doc. No. 14);

2. Plaintiff shall file dispositional documents within fourteen (14) days of plaintiff's counsel's receipt of defendant's payment of the settlement account; and

3. Plaintiff's pending motion to remand (Doc. No. 7) is DENIED as having been rendered moot by his acceptance of defendant's Rule 68 offer of judgment and the issuance of this order.

IT IS SO ORDERED.

Dated:   **September 9, 2025**

DALE A. DROZD
UNITED STATES DISTRICT JUDGE

2